No. 689. JOHN HALL JONES ET AL. *v.* ELLEN H. PHINNEY TAYLOR. November 20, 1922. Petition 'for a writ of certiorari to the Probate Court for Plymouth County, State of Massachusetts, denied. *Mr. Robert G. Dodge* and *Mr. Harold S. Davis* for petitioners. *Mr. Roland Gray* for respondent.

No. 409. UNION STOCK YARDS COMPANY OF OMAHA, LTD., *v.* MAYHALL & NEIBLE, A COPARTNERSHIP, ET AL., ETC. Error to the Supreme Court of the State of Nebraska. November 20, 1922. Petition for a writ of certiorari herein denied, because of failure to file the petition within the time prescribed by the statute. *Mr. Norris Brown* and *Mr. Irving F. Baxter,* for plaintiff in error, in support of the petition. *Mr. Francis A. Brogan, Mr. Alfred G. Ellick* and *Mr. Anon Raymond,* for defendants in error, in opposition to the petition.

No. 590. ONEPIECE BIFOCAL LENS COMPANY *v.* HAROLD J. STEAD, DOING BUSINESS AS H. J. STEAD OPTICAL COMPANY. November 20, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied, because of failure to file the petition within the time prescribed by the statute. *Mr. V. H. Lockwood* for petitioner. *Mr. Harold P. Denison* for respondent.

No. 578. UNITED STATES *v.* LIPPMANN, SPIER & HAHN. Application for reconsideration of order denying petition for writ of certiorari to the United States Court of Customs Appeals. November 27, 1922. *Per Curiam.* The application is denied for the reason that the provision of § 195 of the Judicial Code, as amended by the Act of August 22, 1914, c. 267, 38 Stat. 703, which prescribes the